**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ANNETTE COTTRELL, )<br>)<br>Plaintiff )<br>) **Case No.: 1:16-cv-00543-MJG**<br>v. )<br>)<br>SANTANDER CONSUMER USA, INC. )<br>Defendant )<br>)<br>_____ ) | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: February 21, 2017         BY: */s/ Amy L. Bennecoff Ginsburg*
                                 Amy L. Bennecoff Ginsburg, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Facsimile: (877) 788-2864
                                 Email: aginsburg@creditlaw.com
                                 Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Melissa O Martinez, Esq.
McGuireWoods LLP
Seven Saint Paul St Ste 1000
Baltimore, MD 21202
Phone: 4106594432
14106594482 (fax)
Email: mmartinez@mcguirewoods.com

Benjamin J. Sitter, Esq.
McGuireWoods LLP
625 Liberty Ave 23rd Fl
Pittsburgh, PA 15222
Phone: 4126677904
4126677991 (fax)
Email: bsitter@mcguirewoods.com

Dated: February 21, 2017            BY: */s/ Amy L. Bennecoff Ginsburg*
                                    Amy L. Bennecoff Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Avenue
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Facsimile: (877) 788-2864
                                    Email: aginsburg@creditlaw.com
                                    Attorney for the Plaintiff