# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **ANNETTE COTTRELL,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) **Case No.: 1:16-cv-00543-MJG** |
| v. | ) |
| **SANTANDER CONSUMER, U.S.A.,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own fees and costs.

| */s/ Melissa O. Martinez* | */s/ Amy L. Bennecoff Ginsburg* |
|---|---|
| Melissa O. Martinez, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| McGuireWoods LLP | Kimmel & Silverman, P.C. |
| Seven Saint Paul St Ste 1000 | 30 East Butler Pike |
| Baltimore, MD 21202 | Ambler, PA 19002 |
| Phone: 410-659-4432 | Phone: 215-540-8888 |
| 14106594482 (fax) | Fax: 215-540-8817 |
| Email:mmartinez@mcguirewoods.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: March 15, 2017 | Date: March 15, 2017 |

BY THE COURT:

_____
                                             J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of March, 2017:

Melissa O Martinez, Esq.
McGuireWoods LLP
Seven Saint Paul St Ste 1000
Baltimore, MD 21202
Phone: 410-659-4432
14106594482 (fax)
Email:mmartinez@mcguirewoods.com

Benjamin J. Sitter, Esq.
McGuireWoods LLP
625 Liberty Ave 23rd Fl
Pittsburgh, PA 15222
Phone: 4126677904
4126677991 (fax)
Email: bsitter@mcguirewoods.com

*/sAmy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff